IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01970-WYD-CBS

JENNIFER V. HYDEN,

    Plaintiff,

v.

FORD MOTOR CREDIT COMPANY, a Delaware Corporation authorized to do business in the State of Colorado,

    Defendant.

---

**ORDER**

---

THIS MATTER comes before the Court upon review of the file. It has come to the Court's attention that Plaintiff's counsel, Lisa W. Stevens, was suspended by the Supreme Court of Colorado effective November 15, 2007 because of failure to fulfill CLE requirements. Thus, Ms. Stevens is ordered to file a status report with the Court within (10) ten days of the date of this Order indicating how this case will proceed in light of her suspension. I note that a final trial preparation conference is set for Friday, October 17, 2008, at 9:00 a.m., and a five-day jury trial is set for Monday, November 3, 2008, at 9:00 a.m. Accordingly, it is

ORDERED that **Ms. Stevens shall file a status report with the Court within (10) ten days of the date of this Order indicating how this case will proceed in light of her suspension.**

Dated: August 15, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge