IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01970-WYD-CBS

JENNIFER V. HYDEN,

    Plaintiff,

v.

FORD MOTOR CREDIT COMPANY, a Delaware Corporation authorized to do business in the State of Colorado,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The parties' Joint Motion to Vacate and Reset Trial Date (docket #62), filed September 3, 2008, is **GRANTED**. **The jury trial set for Monday, November 3, 2008 and the final trial preparation conference set for Friday, October 17, 2008 at 9:00 a.m. are hereby VACATED**. The parties are ordered to contact my chambers at 303-335-2170 not later than **Friday, October 10, 2008** to schedule new dates for trial and the final trial preparation conference.

    Dated: September 4, 2008