IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01970-WYD-CBS

JENNIFER V. HYDEN,

    Plaintiff,

v.

FORD MOTOR CREDIT COMPANY, a Delaware Corporation authorized to do business in the State of Colorado,

    Defendant.

## ORDER

The parties have filed a Joint Stipulation for Dismissal with Prejudice, filed November 10, 2008 (docket #71). After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice. Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney's fees.

Dated: November 17, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief U. S. District Judge